

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL DiNARDO            :        CIVIL ACTION
                           :
            v.             :
                           :
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE CO.              :        NO. 12-7007

FILED

OCT 17 2013

MICHAEL E. UNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 17th day of October, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant State Farm Mutual Automobile Insurance Company for partial summary judgment (Doc. #14) is DENIED.

BY THE COURT:

_____ J.

ENTERED

OCT 17 2013

CLERK OF COURT