

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL DiNARDO : CIVIL ACTION
:
v. :
:
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE CO. : NO. 12-7007

ORDER

AND NOW, this 17th day of October, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant State Farm Mutual Automobile Insurance Company for partial summary judgment (Doc. #14) is DENIED.

BY THE COURT:

_____ J.

FILED
OCT 17 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED
OCT 17 2013
CLERK OF COURT